**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie Jerome McRAE, Defendant–Appellant.**

No. 11–7553.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Willie Jerome McRae, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Jerome McRae appeals the district court's order denying his "Motion Pursuant to Fed.R.Civ.P. 60(b)(5)(6) to Vacate the Judgment for Re–Sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McRae*, No. 5:98–cr–00037–F–13 (E.D.N.C. Oct. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*